

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00574-CV

**IN THE INTEREST OF H.N.H. AND H.J.H., CHILDREN,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-179CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

The reporter's record is due October 25, 2018.  On August 27, 2018, however, the court reporter responsible for the reporter's record in this appeal filed a notification of late record, stating the record will not be filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

We therefore **ORDER** appellant to provide written proof to this court **on or before October 15, 2018** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b).  If appellant fails to respond within the time provided, appellant's brief will be due **November 5, 2018**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court